The Honorable Ronald B. Leighton

FILED ____ LODGED
____ RECEIVED
APR 05 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

BECKY FISK, *et al.*,

    Plaintiffs,

v.

JAY R. INSLEE, *et al.*,

    Defendants.

Case No. 3:16-cv-05889-RBL

**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF RUTH NELSON, WITH PREJUDICE**

**Noted For Consideration: April 4, 2017**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 10(g), the parties hereby stipulate to the dismissal of named plaintiff Ruth Nelson from this case, with prejudice, and request that the Court enter an order adopting this stipulation.

    DATED this 4th day of April, 2017.

By: */s/ James G. Abernathy*
James G. Abernathy, WSBA #48801
c/o Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Telephone: (360) 956-3482
JAbernathy@myfreedomfoundation.com
*Attorney for Plaintiffs*

STIPULATION & [PROPOSED] ORDER
NO. 3:16-CV-05889

1

FREEDOM FOUNDATION
Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301

By: /s/ Alicia O. Young
Alicia O. Young, WSBA #35553
Assistant Attorney General
ATTORNEY GENERAL OF WASHINGTON
Labor & Personnel Division
7141 Cleanwater Drive SW
PO Box 40145
Olympia, WA 98504-0145
Phone: (360) 664-4167
Email: AliciaO@atg.wa.gov
*Attorney for State Defendants*

By: /s/ Michael C. Subit
Michael C. Subit, WSBA #29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Phone: (206) 682-6711
Email: msubit@frankfreed.com
*Attorney for Defendant SEIU 775*

## [PROPOSED] ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: April 5, 2017

Honorable Ronald B. Leighton
United States District Judge

STIPULATION & [PROPOSED] ORDER
No. 3:16-CV-05889

2

FREEDOM FOUNDATION
Legal@myFreedomFoundation.com
360.956.3482 | myFreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | 736 Hawthorne Ave NE, Salem OR 97301